In the Matter of RICHMOND COUNTY BAR ASSOCIATION, Petitioner. THEODORE H. ENGEL, an Attorney, Respondent.— Motion to confirm report of Official Referee granted, respondent disbarred and his name ordered to be struck from the roll of attorneys. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

SIGMUND S. REISS, Appellant, v. LINDA K. REISS, Respondent.— Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. Present — Nolan, P. J., MacCrate, Schmidt, Beldock and Murphy, JJ.

ANNA RIZZO, as Administratrix of the Estate of PASQUALE VAGLIO, Deceased, Appellant, v. RICHARD MATARANGLO et al., Respondents.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., MacCrate, Schmidt, Beldock and Murphy, JJ.

RUBBER CORPORATION OF AMERICA, Appellant, v. SAMUEL CHALFIN, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., MacCrate, Schmidt, Beldock and Murphy, JJ. [See 284 App. Div. 991.]

WILLIAM J. BAUMER et al., Respondents, v. FRANCES PICARD, Appellant.— In an action to compel specific performance of a contract for the sale of real property, judgment in favor of plaintiffs unanimously affirmed, with costs. Order denying defendant's motion to resettle said judgment affirmed, without costs. No opinion. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ.